

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00278-CV

City of Pharr, Texas
v.
David Bautista

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Court Cause No. C-0670-21-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

December 22, 2022